UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil No: 1:12-cv-333

| | |
|---|---|
| KENNETH L. HUNTER, RICK A. DONATHAN, AND JERRY D. MEDLIN, <br>     Plaintiffs, <br><br> v. <br><br> TOWN OF MOCKSVILLE, NORTH CAROLINA; ROBERT W. COOK, in his official capacity as Administrative Chief of Police of the Mocksville Police Department and in his individual capacity; CHRISTINE BRALLEY, in her official capacity as Town Manager of the Town of Mocksville and in her individual capacity, <br>     Defendants. | **PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

_____

    Pursuant to Rule 56 of the Federal Rules of Civil Procedure, plaintiffs hereby respond to Defendants' Motion for Summary Judgment, and respectfully request that this Court deny defendants' motion on the grounds that there are genuine issues of material fact requiring jury determination, and defendants are not entitled to judgment as a matter of law. Plaintiffs have filed their memorandum and exhibits in support of their response.

This the 8th day of July, 2013.

/s/ Robert M. Elliot
Robert M. Elliot (7709)
Attorney for Plaintiffs
Elliot Morgan Parsonage PA
426 Old Salem Road
Winston-Salem, NC  27101
Telephone:  336-724-2828
Facsimile:   336-724-3335
E-Mail:      rmelliot@emplawfirm.com

# CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel for defendants:

Patrick H. Flanagan
Cranfill Sumner & Hartzog, LLP
2907 Providence Road, Suite 200
Charlotte, North Carolina 28211
Email: phf@cshlaw.com

Philip M. Van Hoy
Van Hoy, Reutlinger, Adams & Dunn
737 East Boulevard
Charlotte, NC 28203
Email: phil.vanhoy@vradlaw.com

/s/ Robert M. Elliot
Robert M. Elliot (7709)
Attorney for Plaintiffs
Elliot Morgan Parsonage PA
426 Old Salem Road
Winston-Salem, NC 27101
Telephone: (336) 724-2828
Facsimile: (336) 724-3335
E-mail: rmelliot@emplawfirm.com